1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| VIRGINIA VARGAS.,<br><br>        Plaintiffs,<br><br>    v.<br><br>J.C. PENNEY CORPORATION, INC., et al,<br><br>        Defendants. | Case No.: 1:15-cv-00177 JLT<br><br>ORDER TO THE PARTIES TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR THEIR FAILURE TO FILE THEIR MID-DISCOVERY STATUS REPORT |

In this action, Plaintiff claims was injured in Defendant's store when she slipped on liquid on the floor. (Doc. 2 at 4)  On May 19, 2015, the Court issued its scheduling order that included a date for the mid-discovery status conference.  (Doc. 10 at 3)  The order reads in pertinent part,

> A mid-discovery status conference is scheduled on November 12, 2015 at 8:30 a.m. before the Honorable Jennifer L. Thurston, U.S. Magistrate Judge, located at 510 19th Street, Bakersfield, California, 93301. **A Joint Mid-Discovery Status Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF, one full week prior to the Conference, and shall be e-mailed, in Word format, to JLTorders@caed.uscourts.gov**. The joint statement SHALL outline the discovery that has been completed and that which needs to be completed as well as any impediments to completing the discovery within the deadlines set forth in this order.

Emphasis added.  Despite this, counsel failed to file the joint report and, as a result, the Court continued the status conference to November 19, 2015 and ordered, "No later than 11/13/2015, the parties SHALL electronically file a joint mid-discovery status conference report and e-mail a copy in

1

Word format to JLTOrders@caed.uscourts.gov." (Doc. 18)  Nevertheless, once again, counsel have failed to file the status report.  Therefore, the Court **ORDERS**,

    1.    **No later than November 25, 2015**, the parties **SHALL** show cause in writing why sanctions should not be imposed for their failure to comply with the Court's orders.  Alternatively, they may file and lodge their mid-discovery status conference statement no later than November 25, 2015;

    2.    The mid-discovery status conference, currently set on November 19, 2015, is **VACATED**.  The Court will re-set the hearing if the joint report demonstrates that one is needed.

IT IS SO ORDERED.

    Dated:   **November 18, 2015**          **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE