UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA VARGAS, ) | Case No.: 1:15-cv-00177 JLT |
| Plaintiffs, ) | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. ) | |
| J.C. PENNEY CORPORATION, INC., et al, ) | (Doc. 19) |
| Defendants. ) | |

On November 18, 2015, the Court ordered the parties to show cause why sanctions should not be imposed due to their failure to file the mid-discovery status conference report. (Doc. 19) Alternatively, the Court ordered the parties to file the status report; they did. (Doc. 20) In it, the parties report they have conducted some discovery and are planning to engage in mediation. Id. at 1. They intend to await further discovery until after the mediation. Id.

The Court reminds the parties of their obligation to complete discovery within the deadlines imposed by the current case schedule. Thus, **the Court strongly encourages the parties not to delay further discovery efforts**. The Court will not consider their attempts at settlement as good cause to amend the schedule should settlement efforts fail.

IT IS SO ORDERED.

Dated:  **November 19, 2015**        /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE