McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:   (559) 433-2300

Attorneys for Defendant, J.C. PENNEY CORPORATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA VARGAS,<br><br>           Plaintiff,<br><br>      v.<br><br>J.C. PENNEY CORPORATION, INC. and DOES 1 through 20,<br><br>           Defendants. | Case No. 1:15-cv-00177-LJO-JLT<br><br>**STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION** |

The parties stipulate that defendant may take the independent medical examination (for physical injuries (not a mental exam) of the plaintiff by Dr. Geoffrey Miller, M.D., as described in the Notice attached hereto as Exhibit "A", <u>and plaintiff will appear for, and attend the</u> exam, per FRCP 35.

Dated: February 4, 2016

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
         Anthony N. DeMaria
Attorneys for Defendant, J.C. PENNEY CORPORATION, INC.

1  Dated: February 5, 2016           LAW OFFICE OF CRAIG E. JOHNSON

                                     By: _____
                                            Craig Johnson
                                     Attorneys for Plaintiff, VIRGINIA VARGAS

03664-00371 3759924.1

                                     ORDER

IT IS SO ORDERED.

DATED: February 9, 2016

                                     _____
                                     JENNIFER L. THURSTON
                                     UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

2
STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION

*EXHIBIT "A"*

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant, J.C. PENNEY CORPORATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA VARGAS,<br><br>    Plaintiff,<br><br>    v.<br><br>J.C. PENNEY CORPORATION, INC. and DOES 1 through 20,<br><br>    Defendants. | Case No. 1:15-cv-00177-LJO-JLT<br><br>**DEMAND FOR PHYSICAL EXAMINATION BY LICENSED PHYSICIAN**<br>**[FRCP Rule 35]** |

**DEMAND IS HEREBY MADE** of plaintiff **VIRGINIA VARGAS** to submit to a physical examination pursuant to Federal Rules of Civil Procedure, Rule 35. The place for such examination shall be at the offices of **GEOFFREY MILLER, M.D., 2501 H Street, Bakersfield, California 93301**. The time for the examination shall be **4:30 p.m.** on **Monday, March 14, 2016**, and continuing as long as reasonably required.

The examination shall be performed by Dr. Geoffrey Miller, a licensed physician and Board Certified Orthopedic Surgeon.

The nature of the examination will be a routine complete physical exam. The scope of the examination will include obtaining a history from the patient, a review of the patient's medical records, and a general physical examination: Upper and lower extremities, neck, back, shoulders, knees, motor sensation, reflexes and any other part of Plaintiff's body claimed to have been injured in the subject incident.

No invasive procedures, such as blood or urine samples, will be required.

DATED: February ___, 2016

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP


By: /s/ Anthony N. DeMaria
ANTHONY N. DeMARIA
Attorneys for Defendant, J.C. PENNEY CORPORATION, INC.

03664-00371 3759322.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2

1:15-cv-00177-LJO-JLT

DEMAND FOR PHYSICAL EXAMINATION BY LICENSED PHYSICIAN