McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Anthony N. DeMaria, #177894
7647 North Fresno Street
Fresno, California 93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

Attorneys for Defendant, J.C. PENNEY CORPORATION, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGINIA VARGAS,<br><br>   Plaintiff,<br><br> v.<br><br>J.C. PENNEY CORPORATION, INC. and DOES 1 through 20,<br><br>   Defendants. | Case No. 1:15-cv-00177 JLT<br><br>**STIPULATION TO DISMISS ALL PARTIES WITH PREJUDICE AND ORDER TO DISMISS**<br><br>**(Doc. 26)** |

## **STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiff, VIRGINIA VARGAS and Defendant, J.C. PENNY CORPORATION, INC., ("Defendant") by and through their respective counsel of record, that the action styled "VARGAS v. J.C. PENNY CORPORATION, INC., et al" (Case No. 1:15-CV-00177-LJO JLT), that this Court may dismiss Plaintiff VIRGINIA VARGAS' Complaint, with prejudice, pursuant to the provisions of FRCP 41(a)(1)(ii), which dismissal with prejudice is herein requested.

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION TO DISMISS ALL PARTIES

| | |
|---|---|
| Dated: May ___, 2016 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |

By: /s/ Anthony N. DeMaria
Anthony N. DeMaria
Attorneys for Defendant, J.C. PENNEY CORPORATION, INC.

Dated: May ___, 2016     LAW OFFICES OF CRAIG E. JOHNSON

By: /s/ Craig E. Johnson
Craig E. Johnson
Attorneys for Plaintiff, VIRGNIA VARGAS

**ORDER DISMISSING COMPLAINT WITH PREJUDICE**

Based upon the Stipulation of the parties and good cause appearing therefore, Plaintiff's Complaint, Virginia Vargas v. J.C. Penney Corporation, Case No.: 1:15-cv-00177-LJO-JLT, is DISMISSED with Prejudice.

IT IS SO ORDERED.

Dated: **July 27, 2016**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

2
STIPULATION TO DISMISS ALL PARTIES